NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  1:23-mj-00265-MAU

Derek Nelson
           (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Kobie A. Flowers, Bar No. 991403
*(Attorney & Bar ID Number)*

Brown, Goldstein & Levy LLP
*(Firm Name)*

1300 Eye Street, NW, 8th Floor
*(Street Address)*

Washington            DC             20005
*(City)*              *(State)*      *(Zip)*

(202) 742-5969
*(Telephone Number)*